UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **BRIAN BRUCE LONG, JR.** | **CIVIL ACTION NO. 20-1154-P** |
| **VERSUS** | **JUDGE HICKS** |
| **BAYOU DORCHEAT CORRECTIONAL CENTER, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e). The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 20th day of June 2023.

_____
**S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT JUDGE**